ALUMINUM COOKING UTENSIL CO. *v.* SHIVERS.[*]

(Division B.    Jan. 23, 1928.)

[115 So. 345.    No. 26863.]

APPEAL AND ERROR. *Appellant may have writ of certiorari issued to trial court clerk to send up parts omitted from transcript.*

Where record as made in circuit court has not been certified in full up to supreme court, appellant is entitled to it, but it can only come from clerk of trial court, since nothing can be added to record as made in trial court, and may have writ of *certiorari* issued to clerk of circuit court directing him to certify up to supreme court parts of record omitted from transcript.

---

[*]Corpus Juris-Cyc. References: Appeal and Error, 4CJ, p. 508, n. 19.

APPEAL from circuit court of Simpson county.
HON. W. L. CRANFORD, Judge.

Action between the Aluminum Cooking Utensil Company and V. P. Shivers. From the judgment, the former appeals. On motion of appellant for *certiorari*. Motion sustained.

*Fred M. Bush* and *O. L. Berry*, for appellant.

*I. P. Edwards*, for appellee.

ANDERSON, J., delivered the opinion of the court.

The affidavit of appellant's attorney to which is attached what is claimed to be parts of the record in the above cause, not sent up by the clerk in the transcript of the record in the cause, will be treated as a motion for *certiorari.*

If the record as made in the circuit court has not been certified in full up to this court, appellant is entitled to it, but it can only come from the clerk of the trial court. Nothing can be added to the record as made in the trial court.

Let a writ of *certiorari* issue to the clerk of the circuit court of Simpson county directing him to certify up to this court any parts of the record in this cause which were not included in the transcript of the record in the cause sent up to this court, and which were filed and made a part of the record in this cause at the time of its trial in the circuit court.

*Motion sustained.*

PACK, J., took no part in this decision.